STATE OF MINNESOTA      )
                        ) ss.    AFFIDAVIT OF COLE SCRIBNER
COUNTY OF RAMSEY        )

Cole T. Scribner, being duly sworn, deposes and states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately five years. I am currently assigned to the FBI Minneapolis Violent Crime Task Force. My duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Criminal Code. I have participated in several investigations which have resulted in the arrests, searches, seizures, and convictions of individuals who have participated in violent robberies, fugitive, and carjacking matters.

2. This affidavit is submitted in support of a complaint charging Robert Phillip Ivers with threatening to assault or murder a federal judge, in violation of 18 U.S.C. § 115(a)(1)(B).

3. The facts set forth herein are based on my own personal observations, my review of police reports, and conversations I have had with other law enforcement personnel. The facts set forth herein do not include the complete facts related to this investigation, just those facts necessary to support probable cause for purposes of the Complaint.

**PROBABLE CAUSE**

4.      On September 3, 2025, law enforcement responded to the Wayzata Library in Wayzata, Minnesota, based on a report of a man printing off copies of a three-hundred-page manifesto. Once on the scene, library staff explained to law enforcement that a man identified as Robert Ivers had been at the library the day before, September 2, 2025.

5.      According to library staff, Ivers was copying a document entitled, "How to Kill a Federal Judge" by Robert Ivers. Ivers asked a librarian for assistance making the copies. Ivers told the librarian about the manuscript he had written. He showed the librarian a page from his manuscript. The librarian recalled that the page said something about killing children and had a picture of a gun on it. Ivers interacted with other library staff as well. After the interactions, the librarian thought that Ivers was listening to the conversations among the library staff to try to see if the library staff was going to call the police. The librarian was concerned Ivers might do something if they called 911. Before he left the library, Ivers gave a copy of a three-page document to the library staff.

6.      This three-page document is an apparent advertisement or flyer for Ivers's manuscript/manifesto. The first page reads, "How To Kill A Federal Judge By Robert Ivers" and features a photo of a man holding what appears to be a rifle. The second page says, among other things, that "In this five star blood soaked killing guide Mr. Ivers exacts a Violent Revenge" and that the guide "is designed to teach extremists on how to plan, train, hunt, stalk and kill anyone including judges, their

2

family members, politicians and more!" Ivers concluded the second page by saying the "harsh reality is that judges are going to die." In the third page of his brochure, Ivers explained that he was "falsely indicted by a deceived U.S. grand jury" and that he "is demanding his conviction be overturned."

 



3

7. In investigating the disturbance at the library, law enforcement learned that Ivers had been reported for concerning behavior at an Episcopal church in Minnetonka, Minnesota. Church staff observed that Ivers exhibited "abnormal behavior." Ivers attended multiple services and told church members that he planned to attend upcoming church events on September 7 (a family picnic and potluck), September 11 (a blessing of children going back to school, with state legislators in attendance), and September 14 (an annual baptism service). Based on Ivers's behavior, church staff searched Ivers online and discovered his history included past threats of violence, a felony conviction, and racist commentary. On August 28, 2025, upon learning of Ivers's history, the church staff contacted law enforcement.

8. On September 3, 2025, the Wayzata Police Department issued a lookout for Ivers and his car. That evening, law enforcement located and arrested Ivers and seized his car. During his transport, Ivers claimed that he was having a heart attack. Law enforcement transferred Ivers to the hospital from the jail. Ivers was subsequently released from the hospital later that night.

9. On September 4, 2025, law enforcement obtained a search warrant for Ivers's vehicle, which was being held at an impound lot. Law enforcement searched the vehicle. When the search was done, Ivers showed up at the impound lot and took his vehicle.

10. During their search of the vehicle, the Wayzata Police Department seized, among other things: (1) a photo of the former Pope with cross hairs centered on his head; (2) twenty copies of a spiral bound printed book titled "How to Kill a

4

Federal Judge" by Robert Ivers; (3) multiple copies of flyers advertising the contents of the book; (4) lists of federal judges; (5) a copy of the Anarchist Cookbook; (6) a white foam box containing a toy replica firearm, a box of Co2 cartridges, and a container of pellets; and (7) a box of fireworks.

11.  One of the lists included the names of Federal Judge A, who presided over Ivers's federal threats trial, and Defense Attorney A, who gave witness testimony against Ivers in that same trial. Law enforcement interviewed Defense Attorney A, who explained that Ivers had threatened her in February 2025 and that she received Ivers's manifesto/book in the mail, which she reported to law enforcement. Defense Attorney A was concerned and explained that she believed that Ivers posed a serious risk to her and her family.

12.  On September 5, 2025, Wayzata Police Department issued a pickup alert on Ivers. That same day, law enforcement located Ivers driving his car. Law enforcement took Ivers back into custody and searched his car. In the car, law enforcement found a black handgun-style BB gun, Co2 cartridges, BBs, and a box of fireworks.

13.  Following his arrest, Ivers was interviewed. The interview was video recorded. Ivers shouted during much of the interview. Ivers admitted to showing a copy of his manuscript to library staff and to leaving a three-page document behind, which he said was a souvenir/promo sheet. During the interview, he stated, "fuck you c*nt," referring to one of the librarians. Law enforcement asked Ivers if he thought his book would have scared anybody. In response, Ivers shouted: "It was supposed

5

to!" Ivers stated if he went to jail, he would receive free publicity for his book and all the crazies would come out of the woodwork. He said law enforcement was doing him a big favor and come Monday morning it will be "party time."

14. Following the interview, while in custody, Ivers claimed to be having a heart attack or medical issue. Ivers also shouted multiple expletives and racial slurs at one of the law enforcement officers. Ivers is currently detained on state charges.

15. Ivers's manuscript/manifesto is 236 pages long. Most of the pages are numbered and oftentimes contain handwritten dates. These dates range from approximately 2019 to 2024. Based on his handwritten notes, it appears that Ivers has added to the manifesto over time, though not always in a date-sequenced order.

16. The cover page is same as the cover page to Ivers's flyer; it is entitled "How to Kill a Federal Judge" and features a photo of a man holding a rifle.



17.     In his manifesto, Ivers fixated on the perceived wrongs done to him by the judicial system. He discussed these wrongs—and his revenge—at length. Ivers's manifesto incorporates legal documents from criminal filings against him, going back to at least 2013, at times with written commentary or underlining.

18.     The manifesto contains various types of writings. It contains many disturbing sketches, apparently drawn by Ivers. Many of the sketches are accompanied by handwritten threats to kill, including threats to kill judges.














 

19. Some pages are blacked out with white shapes in the middle that are filled with threats to kill, including threats to kill judges and their children and pets. Ivers referred to their children and pets as "soft targets."

 

10



20. Ivers discussed assassinations or attempted assassinations of judges and their families. Ivers underlined a passage of a book that discusses biker gang members putting out contract hits on federal prosecutors and agents. Ivers quoted Timothy McVeigh and venerated the Manson family.

21. Ivers also discussed avoiding law enforcement detection in killing, including "always work alone" and "use old fashioned investigative techniques to locate your victims residence." Ivers included pages from the Bible and the Constitution in his manifesto. The manifesto offered advice to others and talked about the rise of assassination cults and others with Ivers's mindset.

 

22. Ivers made clear his purpose was to instill fear. He wrote, "If this book doesn't instill fear in you then your already dead."



23. Many names appear in the manifesto, including the names of federal judges. Ivers fixated on Federal Judge A, who presided over his federal trial, and Federal Judge B, who Ivers was previously convicted of threatening to kill. Ivers also discussed Defense Attorneys A and B, who he also blamed for his federal conviction. One of the pages of the manifesto is a copy of an Inmate/Detainee Grievance Form dedicating the manifesto to Federal Judge B. On another page, Ivers dedicated the manifesto to Federal Judge A. Ivers called Federal Judge B "corrupt" and accused Federal Judge A of framing him and manufacturing evidence against him. The manifesto contained several transcripts from Ivers's federal trial, presided over by Federal Judge A, with his handwritten commentary expressing his anger.

24. Several of Ivers's threats are aimed at Federal Judge A. The manifesto features an apparent drawing of Federal Judge A with the caption "Begging for your life won't do you one bit of good judge."



25. In the manifesto, Ivers talked about killing "his" judge, an apparent reference to Judge A, and that, "filled with hate for a judge that did him wrong this killer acts on it."

 

26. On page 204, Ivers stated "Im gonna kill your kids, your family, your friends, for what you did." The next page, page 205, includes the address for the federal courthouse where Federal Judge A sits.

 

14

27. On another page, dated January 1, 2024, Ivers provided a "Notice of Assassination." He listed several federal judges on this notice, including Federal Judge A.





28. I am aware that Ivers has a long history of threatening judges and others. In 2019, Ivers was convicted at trial of threatening to kill Federal Judge B, a federal judge in Minnesota. *United States v. Robert Ivers*, 18 CR 90.

29.  Based on the foregoing, there is probable cause to believe that Robert Ivers committed the offense of threatening to assault or murder a federal judge, in violation of 18 U.S.C. § 115(a)(1)(B).

Further your Affiant sayeth not.

*(signature)*
Cole T. Scribner
Special Agent, FBI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
September 8, 2025:

*(signature)*
ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA